**STATE of Missouri, Respondent,**

v.

**Donald W. DOBSCH, Appellant.**

**No. 44827.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 31, 1983.

James W. Drese, Chesterfield, for appellant.

Timothy Joyce, Warrenton, John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Defendant appeals from his conviction, after a jury trial, of escape from confine-

ment. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).